UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES SUING ON BEHALF OF MEMEBER DEMETRIO,<br><br>                      Plaintiff,<br><br>    vs.<br><br>GRAND AVE BAR & GRILL; GRAND GRILL INC.; NEW YORK PIZZERIA; and DOES 1 THROUGH 10, inclusive,<br><br>                      Defendant. | CASE NO. 06CV2499-L(WMC)<br><br>**FILED SEP 10 2007**<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY<br><br>JUDGMENT AND DISMISSAL BY COURT UNDER RULE 4(m) F.R.Civ.P. FOR WANT OF PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Rule 4(m), F.R.Civ.P. for failure to serve process, and it appearing to the court that the summons and complaint have not been served, and no extension of time to serve has been requested, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed as to defendant(s) GRAND AVE BAR & GRILL; GRAND GRILL INC; NEW YORK PIZZERIA; and DOES 1 THROUGH 10, inclusive without prejudice, for want of prosecution.

DATED: SEPTEMBER 4, 2007

                                            M. JAMES LORENZ
                                            UNITED STATES DISTRICT JUDGE

                                  ENTERED ON _____